IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STATE OF INDIANA ex rel. ROKITA,    )
    )
    Plaintiff,    )
    )
    v.    )    No. 1:23-cv-01665-MPB-MKK
    )
INDIANA UNIVERSITY HEALTH, INC.,    )
et al.,    )
    )
    Defendants.    )

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear as counsel for proposed *amicus curiae* the ACLU of Indiana in this case.

November 14, 2023

Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

*Attorney for the ACLU of Indiana*

1