UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STATE OF INDIANA *ex rel.* ROKITA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01665-MPB-MKK |
| | ) | |
| INDIANA UNIVERSITY HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the ACLU of Indiana's Motion for Leave to File Brief *Amicus Curiae* in Support of Dismissal, Dkt. [15]. The Court, having reviewed the matter and being duly advised, **GRANTS** the Motion. The ACLU of Indiana shall file its Brief *Amicus Curiae*, (dkt. 15-1) within **seven (7) days** of the entry of this Order.

So ORDERED.

Date: 1/2/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email