UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA EX REL ROKITA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDIANA UNIVERSITY HEALTH, INC., ) <br> INDIANA UNIVERSITY HEALTHCARE ) <br> ASSOCIATES, INC H, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ACLU OF INDIANA, ) <br> ) <br> Amicus. ) | No. 1:23-cv-01665-MPB-MKK |

## ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE

The Parties, by counsel, appeared for an initial pretrial conference on January 11, 2024, with the Magistrate Judge.

Parties are to submit a revised proposed Case Management Plan on or before **January 19, 2024**.

This matter is set for a telephonic status conference on **April 12, 2024, at 11:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 1/12/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.