UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STATE OF INDIANA EX REL ROKITA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01665-MPB-MKK |
| | ) | |
| INDIANA UNIVERSITY HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This cause is hereby set for a **JURY TRIAL** before the Honorable Matthew P. Brookman, United States District Judge on **MAY 12, 2025** at 9:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **FINAL PRE-TRIAL CONFERENCE** is set for **APRIL 18, 2025** at 9:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Dated: January 29, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.