UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA EX REL ROKITA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-cv-01665-MPB-MKK |
| INDIANA UNIVERSITY HEALTH, INC., INDIANA UNIVERSITY HEALTHCARE ASSOCIATES, INC H, | ) |
| Defendants. | ) |
| ACLU OF INDIANA, | ) |
| Amicus. | ) |

**ORDER**

On August 7, 2024, State of Indiana *ex rel*. Todd Rokita ("the State") filed a Notice of Dismissal Without Prejudice (Docket No. 55) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court acknowledges the State's dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: August 8, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.